# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

| | |
|---|---|
| DANIELLE N. ATWOOD<br>PLAINTIFF | * <br> * <br> * |
| V. | * <br> *   CASE NO. 4:19CV00232 SWW <br> * |
| TENNESSEE STEEL HAULERS, INC.,<br>and STEVEN ROBERT ROBERSON<br>DEFENDANTS | * <br> * <br> * <br> * |

## ORDER

Before the Court is the parties' stipulation of dismissal with prejudice [ECF No. 21], stating that the parties have settled this matter, with each party to bear its own fees and costs.

IT IS THEREFORE ORDERED that this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 27th DAY OF DECEMBER, 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE